**Order filed June 28, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00452-CV

_____

**JOY  CHINENYE  LOVE, Appellant**

**V.**

**JAMAL  BULLOCK, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 15-DCV-226773**

## ORDER

This is an appeal of a judgment signed November 14, 2017. We received notice from the clerk's office that appellant has not made arrangements to pay for the clerk's record. It appears the notice of appeal was not timely filed. However, we are unable to make that determination because the clerk's record has not been filed. Accordingly, we order as follows.

The Fort Bend County District Clerk is directed to file a partial clerk's record

containing: (1) the judgment signed November 14, 2017; (2) any subsequent order or judgment; (3) any request for findings of fact and conclusions of law; (4) any post-judgment motion and the court's order on such motion; and (5) any notice of appeal.

If any of the requested items is not part of the case file, the district clerk is directed to file a partial clerk's record containing a certified statement that the requested item is not a part of the case file.

The partial clerk's record is due by **July 9, 2018**.

PER CURIAM